COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

IN RE: WESTERN DAIRY §    No. 08-18-00030-CV
TRANSPORT, L.L.C. AND JORGE
HERNANDEZ, §    AN ORIGINAL PROCEEDING

       Relators. §    IN MANDAMUS

§

§

# **O R D E R**

Pending before the Court is Relators' emergency motion for a stay of a discovery order entered by the trial court on February 15, 2018 in cause number 2017-DCV0556, styled *Evelyn L. Lopez, Individually and as Next Friend of Hazel Briceidy Quinones and Ximena Idaly Quinones, Minor Children, and on Behalf of the Estate of Marcos R. Quinones, Norma Quinones and Raul Quinone*s.  The motion is GRANTED.  This stay order will remain in effect pending our review of the mandamus petition or further order of this Court.  Further, the Court has determined that no action will be taken on the Petition for Writ of Mandamus pending a response from the Real Parties in Interest.  The response is requested to be filed on or before **March 31, 2018.**

IT IS SO ORDERED this 1st day of March, 2018.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.